IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRY L. TEETOR, | ) | 4:09CV3176 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAWSON PUBLIC POWER | ) | |
| DISTRICT and ROBERT L. HEINZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion for an enlargement of time (filing 38) is granted, as follows:

Defendants shall have until June 10, 2010, to file a reply regarding their motion for summary judgment.

June 4, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge