## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRY L. TEETOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWSON PUBLIC POWER | ) | MEMORANDUM AND ORDER |
| DISTRICT, A political subdivision of | ) | |
| the State of Nebraska, and, and | ) | |
| ROBERT L. HEINZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the Court's own motion, the Pretrial Conference set for September 16, 2010 at 10:00 a.m. is continued until further order.

DATED this 19th day of August, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge